## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Joseph A. Dickson |
| | : | |
| v. | : | Mag. No. 20-8370 *s/JAD* |
| | : | |
| ALBERTO ALMEIDA | : | **CRIMINAL COMPLAINT** |

I, Lewis J. Jones, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Office of Professional Responsibility, U.S. Customs and Border Protection, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof:

Lewis J. Jones, Special Agent
Office of Professional Responsibility,
U.S. Customs and Border Protection

Sworn to and subscribed via telephone
September 28, 2020, New Jersey
Authorized telephonically pursuant to Fed. R. Crim. P. 4.1

Joseph A. Dickson

HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

## **ATTACHMENT A**

## **COUNT ONE**
(Threatening a Federal Law Enforcement Officer)

On or about September 28, 2020, in the District of New Jersey and elsewhere, the defendant,

**ALBERTO ALMEIDA,**

did threaten to assault, kidnap or murder a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## ATTACHMENT B

I, Lewis J. Jones, am a Special Agent with the Office of Professional Responsibility, U.S. Customs and Border Protection.  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence.  Where statements of others are related herein, they are related in substance and part.  Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.   Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.     Since in or around February 2020, Alberto Almeida ("Almeida"), an officer with the United States Department of Customs and Border Protection, has sent numerous messages, through text message and via online platforms, which contain threats against Edward Fox, the Newark Assistant Port Director for the United States Department of Customs and Border Protection.

2.     For example, on or about September 28, 2020, Almeida posted the following message to his Facebook page:

> Attention CBP Assistant Port Director Ed Fox in Newark: The next time I come to Newark Airport, I am bringing Donald Trump and the U.S. Military down on your f****** head for your involvement in Hillary/Maxwell/Epstein's child trafficking ring and 9/11.  You f****** treasonous pedophile.  Trump takes down Hillary, JFK JR (US MILITARY) takes down the Mossad, and I take you down b****, that's how this worked.  Tick Tock. #WWG1WGA