UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: JOSEPH A. DICKSON |
| v. | MAGISTRATE NO.: 20-8370 (JAD) |
| ALBERTO ALMEIDA | DATE OF PROCEEDINGS: 9/29/20 |
| | DATE OF ARREST: 9/29/20 |

PROCEEDINGS: Initial Appearance

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD   __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED ON THE RECORD
(**X**) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
(**X**) OTHER CONSENT TO E-SIGNATURE

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(**X**) BAIL SET: **$50,000**
(**X**) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
(**X**) TRAVEL RESTRICTED **NJ; unless approved by PTS**
(**X**) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(**X**) MENTAL HEALTH TESTING AND/OR TREATMENT
(**X**) SURRENDER &/OR OBTAIN NO PASSPORT
(**X**) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(**X**) PRELIMINARY / REMOVAL HRG.   DATE: 10/20/20 at 2:00 p.m.
( ) DETENTION / BAIL HRG.   DATE:
( ) TRIAL:  __ COURT  __ JURY   DATE:
( ) SENTENCING   DATE:
( ) OTHER:   DATE:

APPEARANCES:

AUSA  EMMA SPIRO

DEFT. COUNSEL  DAVID JAY GLASSMAN, ESQ. (Retained)

PRETRIAL  ELIZABETH AUSON

INTERPRETER  _____
        Language: (     )

Time Commenced: 2:15 p.m.
Time Terminated: 3:00 p.m.
CD No:   Zoom

*Jessica Batista*
DEPUTY CLERK