AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Alberto Almeida<br>_Defendant_ | )<br>)<br>) Case No. 20-mj-8370  s/JB<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/06/2020

s/ Alberto Almeida
_Defendant's signature_

s/David Jay Glassman, Esquire
_Signature of defendant's attorney_

David Jay Glassman, Esquire, #021461980
_Printed name and bar number of defendant's attorney_

Five Greentree Centre, Suite 104
525 Route 73 North
Marlton, NJ  08053
_Address of defendant's attorney_

davidjayglassman@gmail.com
_E-mail address of defendant's attorney_

856-596-8778
_Telephone number of defendant's attorney_

856-817-6017
_FAX number of defendant's attorney_