# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph A. Dickson |
| v. | : Mag. No. 20-8370 |
| ALBERTO ALMEIDA | : **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Emma Spiro, Assistant United States Attorney), and Defendant Alberto Almeida (by David Jay Glassman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and this being the second request for a continuance in this matter; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter, which would render trial unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4)     Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this  5th  day of January, 2021;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including March 31, 2021; and it is further,

**ORDERED** that the period from the date this Order is signed through and including March 31, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

*s/Joseph A. Dickson*
HON. JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry consented to:

_____
David Jay Glassman, Esq.
Counsel for Defendant

*Emma Spiro*
_____
Emma Spiro
Assistant U.S. Attorney