**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 20-mj-8370 |
| v. | : | |
| ALBERTO ALMEIDA | : | **SUBSTITUTION OF ATTORNEY** |


PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Olta Bejleri, Assistant United States Attorney (olta.bejleri@usdoj.gov), in substitution for Emma Spiro, Assistant United States Attorney, who previously appeared in this matter.


RACHAEL A. HONIG
Acting United States Attorney


By: _____
OLTA BEJLERI
Assistant United States Attorney

Dated:      January 25, 2021