UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Honorable Jessica S. Allen |
| v. : | |
| : | Mag. No. 20-8370 |
| : | |
| ALBERTO ALMEIDA : | **ORDER FOR DISMISSAL** |
| : | |
| : | |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Magistrate Number 20-8370, which Complaint was filed on or about September 28, 2020, charging him with threatening a federal law enforcement officer, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4), for the reason that prosecution of defendant Alberto Almeida is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice.

_____
PHILIP R. SELLINGER
United States Attorney

      Leave of Court is granted on this 9th day of June 2023 for the filing of the foregoing dismissal.

/s/ Jessica S. Allen
_____
HON. JESSICA S. ALLEN, U.S.M.J.